IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS E. CODY, | : |
| Petitioner | : |
| v. | : CIVIL NO. 4: CV-05-851 |
| JAMES L. GRACE, ET AL., | : (Judge Jones) |
| Respondents | : |

## ORDER

July 22, 2005

**Background**

Lewis E. Cody ("Petitioner" or "Cody") an inmate presently confined at the State Correctional Institution, in Huntingdon, Pennsylvania initiated this Petition for Writ of Habeas Corpus ("the Petition") pursuant to 28 U.S.C. § 2254. Service of the Petition was previously ordered.

On July 20, 2005, a response to the Petition was filed. Accompanying the response was an Appendix (doc. 10) which contained documents that include the identification and address of a minor child who was the victim of a sexual assault. In order to protect the victim's identify, the Appendix will be sealed until further order of court.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. The Clerk of Court is directed to keep this Order from public view until the Clerk has made appropriate docket entries, after which, the Clerk is directed to seal Doc. 10 until further order of Court.

2. The Clerk of Court shall provide a copy of this Order to Petitioner and Respondents.

                                   /s/ John E. Jones III
JOHN E. JONES III
United States District Judge